**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-00349-01-CR-W-DW |
| | ) | |
| RANDY WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 53) recommending that the Court find Defendant Randy Wilson incompetent and commit him to the custody of the Attorney General. The parties did not file objections to the Report and Recommendation.

After an independent review of the record and the applicable law, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made part of this Order. The Court orders that Defendant Wilson is incompetent. He is to be committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(d). The Attorney General shall hospitalize the defendant for treatment in a suitable facility for such a reasonable time, not to exceed 120 days, as is necessary to determine whether there is a suitable probability that in the foreseeable future Defendant will attain the capacity to permit the trial to proceed.

SO ORDERED.

Date:   May 12, 2011            _____/s/ Dean Whipple_____
                                                    Dean Whipple
                                                    United States District Judge